AO 442 (Rev. 11/11) Arrest Warrant

18-mj-5236

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF SOUTH CAROLINA

RECEIVED
JUL 24 2018

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. SEALED 4:18CR716 CRI |
| | ) | |
| SANTHONY MARZINE THIGPEN | ) | |
| Defendant | ) | |

*FILED SEP 27 2018 — MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* SANTHONY MARZINE THIGPEN
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Title 21, United States Code, Section 846

Date: 07/24/2018

s/Sharon Welch Meyer
Deputy Clerk   *Issuing officer's signature*

ROBIN BLUME
CLERK OF COURT
*Printed name and title*

City and state: Florence, South Carolina

### Return

This warrant was received on *(date)* JUL 24 2018 and the person was arrested on *(date)*
at *(city and state)*

Date:

*Arresting officer's signature*

*Printed name and title*

# CRIMINAL COVER SHEET

| DEFENDANT ADDRESS: | ALIAS(ES): |
|---|---|
| Santhony Marzine Thigpen | |
| 77 Drexel Road<br>Buffalo, New York 14214 | |

JUVENILE:   YES ☐   NO ☒

DATE OF BIRTH:   04/11/88            SSN:   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

**OCDETF CASE?**   YES ☐ / NO ☒

OFFENSE:   Title(s):   <u>21</u>

Section(s):   <u>846</u>

LIST THE COUNTY WHERE THE OFFENSE OCCURRED:   Horry

(If more than one county is specified, please list the county where first offense occurred)

IS THERE A PREVIOUS PROCEEDING:   YES ☐   NO ☒

If yes, please indicate:   COMPLAINT(Case No:_____)

SEARCH WARRANT(Case No:_____)

WIRE TAP(Case No:_____)

IS THERE A <u>RELATED</u> CASE/MATTER?   YES ☐   NO ☒

If yes, please indicate related matter:

| IS THIS A <u>SEALED</u> INDICTMENT: | YES ☒ | NO ☐ |
|---|---|---|
| IS THIS A <u>SUPERSEDING</u> INDICTMENT: | YES ☐ | NO ☒ |

If yes, reason for superseding:

| If <u>DUI</u>, PLEASE CHECK OFFENSE | 2ND ☐ | 3RD ☐ |
|---|---|---|

DEFENSE COUNSEL/ADDRESS:

AUSA HANDLING CASE:   Everett E. McMillian   PHONE NO:   (843) 667-3991

<u>TYPE OF SERVICE</u>: (Please indicate service. Complete back side of form for bench warrant).

BENCH WARRANT: ☒   WRIT: ☐   SUMMONS: ☐   NOTICE: ☐

SPECIAL INSTRUCTIONS/REMARKS TO THE CLERK:

INTERPRETER NEEDED:   YES ☐   NO ☒

LANGUAGE: _____   DIALECT: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA | Criminal No.:  4:18-CR-00716-CRI |
| v. | |
| MICHAEL ALFONSO HATTEN<br>JOSEPH LUIS WHITE<br>BYRON ALLEN GIDNEY aka "COWBOY"<br>IVAN KEDRIC CHATMAN aka "GOTTI"<br>DEVINEE KATHRYN BOYLE aka "LIL BIT"<br>▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>ELEANOR JANE CARTER<br>▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>DOMAIN WILBERT JOHNSON<br>STEPHANIE NICOLE MACKIE-HATTEN<br>KRISTIN JOAN MILBY<br>SANTHONY MARZINE THIGPEN | **SEALED INDICTMENT**<br><br>21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A)<br>21 U.S.C. § 841(b)(1)(B)<br>21 U.S.C. § 841(b)(1)(C)<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2) & 924(e)<br>18 U.S.C. § 924(d)(1)<br>21 U.S.C. § 853<br>21 U.S.C. § 881<br>28 U.S.C. § 2461(c) |

## BACKGROUND

THE GRAND JURY CHARGES:

At all times relevant to this indictment, the Defendants named in this indictment were participants in a drug trafficking organization (DTO) known by the name "24/7 Boyz." The DTO operated as a dispatch service wherein drug customers placed telephone calls to a "dispatch number" and a dispatcher then directed the customer to a specific location to purchase drugs. A DTO delivery driver met the customer at the location where the drug sale was completed. As the name implies, the DTO made drugs available to customers at any time, and on any day of the week.

**RECEIVED**

JUL 2 4 2018

FLORENCE, S.C.

## COUNT 1

### *Drug Distribution Conspiracy*

THE GRAND JURY FURTHER CHARGES:

Beginning at a time unknown to the grand jury, but beginning at least in or around June 2003, and continuing thereafter, up to and including the date of this Indictment, in the District of South Carolina and elsewhere, the Defendants **MICHAEL ALFONSO HATTEN, JOSEPH LUIS WHITE, BYRON ALLEN GIDNEY aka "COWBOY", IVAN KEDRIC CHATMAN aka "GOTTI", DEVINEE KATHRYN BOYLE aka "LIL BIT",** ███████████ ███████ **ELEANOR JANE CARTER,** ████████████████████ **DOMAIN WILBERT JOHNSON, STEPHANIE NICOLE MACKIE-HATTEN, KRISTIN JOAN MILBY,** and **SANTHONY MARZINE THIGPEN**, knowingly and intentionally did combine, conspire, agree and have tacit understanding with each other and with others, both known and unknown to the grand jury, to knowingly, intentionally and unlawfully possess with intent to distribute and distribute heroin and marijuana, Schedule I controlled substances; and cocaine, cocaine base (commonly referred to as "crack cocaine"), methamphetamine, and a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly referred to as "fentanyl"), Schedule II controlled substances;

With respect to the Defendants listed below, the amount involved in the conspiracy attributable to each as a result of the Defendant's own conduct, and the conduct of other conspirators reasonably foreseeable to the Defendant is:

| DEFENDANT | CONTOLLED SUBSTANCE | PENALTY |
|---|---|---|
| **MICHAEL ALFONSO HATTEN** | 5 kilograms or more of cocaine: 1 kilogram or more of heroin; 400 grams or more of fentanyl; 28 grams or more of cocaine base | 21 U.S.C. § 841(b)(1)(A) 21 U.S.C. § 841(b)(1)(B) |

2

| | | |
|---|---|---|
| **JOSEPH LUIS WHITE** | 28 grams or more of cocaine base; 100 grams or more of heroin; a quantity of marijuana | 21 U.S.C. § 841(b)(1)(B) 21 U.S.C. § 841(b)(1)(D) |
| **BYRON ALLEN GIDNEY aka "COWBOY"** | 28 grams or more of cocaine base; 100 grams or more of heroin; a quantity of marijuana; a quantity of methamphetamine | 21 U.S.C. § 841(b)(1)(B) 21 U.S.C. § 841(b)(1)(C) 21 U.S.C. § 841(b)(1)(D) |
| **IVAN KEDRIC CHATMAN aka "GOTTI"** | 100 grams or more of heroin; a quantity of marijuana | 21 U.S.C. § 841(b)(1)(B) 21 U.S.C. § 841(b)(1)(D) |
| **ELEANOR JANE CARTER** | 100 grams or more of heroin; a quantity of cocaine; a quantity of cocaine base; a quantity of marijuana | 21 U.S.C. § 841(b)(1)(B) 21 U.S.C. § 841(b)(1)(D) |
| **DEVINEE KATHRYN BOYLE aka "LIL BIT"** | A quantity of heroin | 21 U.S.C. § 841(b)(1)(C) |
| ███ | A quantity of heroin | 21 U.S.C. § 841(b)(1)(C) |
| **SANTHONY MARZINE THIGPEN** | A quantity of heroin | 21 U.S.C. § 841(b)(1)(C) |
| ███ | A quantity of heroin | 21 U.S.C. § 841(b)(1)(C) |
| **DOMAIN WILBERT JOHNSON** | A quantity of heroin; a quantity of cocaine base | 21 U.S.C. § 841(b)(1)(C) |
| **STEPHANIE NICOLE MACKIE-HATTEN** | A quantity of heroin; a quantity of cocaine; a quantity of marijuana | 21 U.S.C. § 841(b)(1)(C) 21 U.S.C. § 841(b)(1)(D) |
| **KRISTIN JOAN MILBY** | A quantity of heroin; a quantity of marijuana | 21 U.S.C. § 841(b)(1)(C) 21 U.S.C. § 841(b)(1)(D) |

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

*Firearm in Furtherance of Drug Trafficking*

THE GRAND JURY FURTHER CHARGES:

That on or about March 17, 2016, in the District of South Carolina, the defendant, **JOSEPH LUIS WHITE**, knowingly did possess a firearm in furtherance of a drug trafficking crime which is prosecutable in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

3

## COUNT 3

### *Firearm in Furtherance of Drug Trafficking*

THE GRAND JURY FURTHER CHARGES:

That on or about March 17, 2016, in the District of South Carolina, the defendant, **BYRON ALLEN GIDNEY aka "COWBOY"**, knowingly did possess firearms in furtherance of a drug trafficking crime which is prosecutable in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 4

### *Felon in Possession of Firearm/Ammunition*

THE GRAND JURY FURTHER CHARGES:

That on or about March 17, 2016, in the District of South Carolina, the Defendant, **JOSEPH LUIS WHITE**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce a firearm and ammunition, that is a Smith & Wesson .40 caliber pistol and .40 ammunition, all of which had been shipped and transported in interstate commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

## COUNT 5

### *Felon in Possession of Firearm/Ammunition*

THE GRAND JURY FURTHER CHARGES:

That on or about March 17, 2016, in the District of South Carolina, the Defendant, **BYRON ALLEN GIDNEY aka "COWBOY"**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce firearms and ammunition, that is one Kimber Pro .45 caliber pistol, one Hi-Point .45 caliber pistol,

one Beretta 9mm pistol, one Hi-Point 9mm pistol, one Kel-Tec .380 caliber pistol, one Sig Sauer .380 caliber pistol, one Taurus .380 caliber pistol, and assorted ammunition, all of which had been shipped and transported in interstate commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

## COUNT 6

### *Felon in Possession of Firearm/Ammunition*

THE GRAND JURY FURTHER CHARGES:

That on or about March 17, 2016, in the District of South Carolina, the Defendant, **MICHAEL ALFONSO HATTEN**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce a firearm and ammunition, that is a Mossberg 12-guage shotgun and 12-guage ammunition, all of which had been shipped and transported in interstate commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

## FORFEITURE

FIREARM/DRUG OFFENSES:

Upon conviction for felony violation of Title 18 and 21, United States Code as charged in this Indictment, the Defendants, **MICHAEL ALFONSO HATTEN, JOSEPH LUIS WHITE, BYRON ALLEN GIDNEY aka "COWBOY", IVAN KEDRIC CHATMAN aka "GOTTI", DEVINEE KATHRYN BOYLE aka "LIL BIT",** ▇▇▇▇▇▇▇▇▇▇ **ELEANOR JANE CARTER,** ▇▇▇▇▇▇▇▇▇▇ **DOMAIN WILBERT JOHNSON, STEPHANIE NICOLE MACKIE-HATTEN, KRISTIN JOAN MILBY,** and **SANTHONY MARZINE THIGPEN**, shall forfeit to the United States all of the Defendants' right, title and interest in and to any property, real and personal,

- (a) constituting, or derived from any proceeds the Defendants obtained, directly or indirectly, as the result of such violation(s) of Title 21, United States Code, and all property traceable to such property;

- (b) used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations of Title 21, United States Code;

- (c) any firearms and ammunition (as defined in 18 U.S.C. § 921) –

    - (1) used or intended to be used to facilitate the transportation, sale, receipt, possession or concealment of controlled substances or any proceeds traceable to such property;

    - (2) involved in or used in any knowing violations of 18 U.S.C. §§ 922 and 924, or violation of any other criminal law of the United States, or intended to be used in a crime of violence;

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendants for offenses charged in this Indictment includes, but is not limited to, the following:

6

Forfeiture Judgment:

A sum of money equal to all property the Defendants obtained as a result of the drug offenses charged in the Indictment, and all interest and proceeds traceable thereto as a result for their violation of 21 U.S.C. §§ 841 and 846.

SUBSTITUTION OF ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendants:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third person;
(c) has been placed beyond the jurisdiction of the Court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the defendant's up to an amount equivalent to the value of the above-described forfeitable property;

Pursuant to Title 18, United States Code, 924(d)(1), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c).

A __True__ Bill

███████████
FOREPERSON

_____
SHERRI A. LYDON / (EEM)
UNITED STATES ATTORNEY